**Order entered February 3, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00792-CR

**LACIE DEE PARDUN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-83652-2015**

## ORDER

Appellant's brief was due November 5, 2016. By postcard dated November 8, 2016, we notified appellant the brief was overdue and directed her to file the brief and an extension motion within ten days. On November 16, 2016, appellant filed a motion to extend time which we granted, extending the due date to December 5, 2016. Appellant filed another motion to extend time, making her brief due January 6, 2017. To date, no brief has been filed and we have had no communication from appellant.

Therefore, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. Specifically, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See*

TEX. R. APP. P. 38.8(b).  If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence.  *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam).  If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order.  The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    ADA BROWN
JUSTICE